IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THERESA BRADLEY,

    Plaintiff,

    v.

UNIVERSITY SYSTEM OF
GEORGIA IN ATLANTA, GA, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-720-TWT

ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending that the case be dismissed as frivolous. This is the latest of a long line of frivolous, vexatious and malicious pro se cases filed in this district by the Plaintiff. See Theresa Bradley v. First Union National, et al., 1:01-CV-3317-TWT; Theresa Berezney Bradley v. Cathey, et al., 1:02-CV-17-TWT; Theresa B. Bradley v. Perdue, et al., 1:04-CV-1627-TWT; Theresa B. Bradley v. Logue, 1:06-CV-396-TWT; Theresa B. Bradley v. Hinton, et al., 1:06-CV-900-TWT; and Theresa Bradley v. Thurmond, et al., 1:09-MI-149. The Court declines to follow the recommendation that the Plaintiff be granted in forma pauperis status. Otherwise, the Court approves and adopts the Report and

Recommendation as the judgment of the Court. The Court Orders the Plaintiff to pay the full filing fee in this case and in every subsequent case filed in this district. The Court also Orders the Plaintiff to post a cash bond or corporate surety bond acceptable to the Clerk in the amount of $5,000.00 to satisfy Rule 11 sanction awards in each future case filed in this district.

SO ORDERED, this 8 day of April, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge